**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MEDTRONIC, INC.,
a Minnesota corporation,

Plaintiff,

v.

MEDOS GMBH, being sued as
Medos Medizintechnik GmbH,
a German Corporation,

Defendant.

Civil No. 00-2670 (DWF/AJB)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case will be tried in another venue,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 3, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 0 3 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________